# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **Shiloh P.,** ) | |
| ) | **CIVIL ACTION NO. 2:24-CV-01099** |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | **Chief Judge Morrison** |
| ) | |
| **Martin O'Malley,** ) | |
| **Commissioner of Social Security,** ) | **Chief Magistrate Judge Litkovitz** |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

This cause coming before the Court on the joint motion of the parties, due notice having been given, and the Court being fully advised,

IT IS THEREFORE ORDERED THAT:

1. The Parties' Joint Stipulation for an Award of Attorney's Fees under the Equal Access to Justice Act is accepted and Plaintiff is awarded attorney fees in the amount of $4,200.00 and costs in the amount of $00.00, for a total award of $4,200.00;

2. Counsel for the parties shall verify whether or not Plaintiff owes any preexisting debt subject to offset, consistent with *Astrue v. Ratliff,* 130 S.Ct. 2521, 560 U.S. 586 (2010) and 31 U.S.C. §§ 3701(b), 3711, 3716.  If no such pre-existing debt exists, Defendant shall pay the EAJA fees award directly to Plaintiff's counsel pursuant to the EAJA assignment signed by Plaintiff; and

3. The case remains terminated on the docket of this Court.

**IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON**
**CHIEF UNITED STATES DISTRICT JUDGE**